# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW RANCOSKY, ADMINISTRATOR DBN OF THE ESTATE OF LEANN RANCOSKY AND MATTHEW RANCOSKY, EXECUTOR OF THE ESTATE OF MARTIN L. RANCOSKY, | : : : : : | No. 127 WAL 2016 |
| | : | Cross-Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | : : : : | |
| v. | : : : : : | |
| WASHINGTON NATIONAL INSURANCE COMPANY, AS SUCCESSOR BY MERGER TO CONSECO HEALTH INSURANCE COMPANY, FORMERLY KNOWN AS CAPITOL AMERICAN LIFE INSURANCE COMPANY, | : : : : : : : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of August, 2016, the Cross-Petition for Allowance of Appeal is **DENIED**.